UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MYERS, et al., | No. 2:25-cv-1639-DC-CSK (PS) |
| Plaintiffs, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | |
| JERRY LARSON, et al., | (ECF Nos. 5, 6, 14, 25, 26, 27, 30.) |
| Defendants. | |

On August 21, 2025, the magistrate judge filed findings and recommendations (ECF No. 26), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. On August 27, 2025, Plaintiffs Roger Myers and LaRonda Myers filed objections to the findings and recommendations (ECF No. 28), including objecting that this case is not barred pursuant to the *Rooker-Feldman*[1] Doctrine and *Younger*[2] Abstention, and that judicial immunity does not apply to defendant judges due to judicial misconduct. Plaintiffs' objections do not provide a basis upon which to reject the findings and recommendations. The magistrate judge correctly concluded that this court lacks subject matter jurisdiction over this case and should be dismissed on that basis.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review.

---

[1] *Rooker v. Fidelity Trust Co.*, 263 U.S. 413, 416 (1923).
[2] *Younger v. Harris*, 401 U.S. 37, 43-54 (1971).

1

The Court has carefully reviewed the file, including Plaintiffs' objections, and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 26) are ADOPTED IN FULL;
2. This case is DISMISSED for lack of jurisdiction;
3. Plaintiffs' pending motions (ECF Nos. 5, 6, 14, 25, 27, 30) are DENIED as having been rendered moot by this order; and
4. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   **September 16, 2025**

Dena Coggins
United States District Judge