UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MYERS, et al., | No. 2:25-cv-01639-DC-CSK (PS) |
| Plaintiffs, | |
| v. | ORDER DENYING WITHOUT PREJUDICE PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL |
| JERRY LARSON, et al., | |
| Defendants. | (Doc. No. 40) |

This matter is before the court on Plaintiffs' motion for an extension of time to file a notice of appeal. (Doc. No. 40.)

An appeal must be brought within thirty days following the entry of judgment. 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A). A district court may, "upon motion filed not later than 30 days after the expiration of the time otherwise set for bringing appeal, extend the time for appeal upon a showing of excusable neglect or good cause." 28 U.S.C. § 2107(c); *see also* Fed. R. App. P. 4(a)(5). If, however, a party files a motion "to alter or amend the judgment under" Federal Rule of Civil Procedure 59(e), "and does so within the time allowed by those rules[1]—the time to file an appeal runs for all parties from the entry of the order disposing of" that motion. Fed. R. App. P. 4(a)(4)(A)(iv).

---

[1] "A motion to alter or amend a judgment must be filed no later than 28 days after the entry of the judgment." Fed. R. Civ. P. 59(e).

1

1    Here, on September 17, 2025, the court issued an order dismissing this case due to a lack of jurisdiction, and judgment was entered. (Doc. Nos. 33, 34.) Seventeen days later, on October 3, 2025, Plaintiffs filed a motion to further amend their complaint and a motion to amend the judgment. (Doc. No. 36.) Plaintiffs also filed a motion for an extension of time to serve Defendants with their further amended complaint. (Doc. No. 35.) Those motions were referred to the assigned magistrate judge and remain pending. (Doc. No. 39.)

On October 10, 2024, Plaintiffs filed the pending motion for an extension of time to file a notice of appeal. (Doc. No. 40.) However, because Plaintiffs timely filed a motion to amend the judgment and that motion has not yet been disposed of, Plaintiffs' time to file an appeal has not started to run. *See* Fed. R. App. P. 4(a)(4)(A)(iv). That is, Plaintiffs' 30-day clock does not begin to run until the court disposes of Plaintiffs' pending motion to amend the judgment. Thus, Plaintiffs' request for an extension of time in which to file a notice of appeal is not ripe.

Accordingly, Plaintiffs' motion for an extension of time to file a notice of appeal (Doc. No. 40) is DENIED, without prejudice.

IT IS SO ORDERED.

Dated:   **November 6, 2025**

Dena Coggins
United States District Judge

2