UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MYERS, et al., | Case No. 2:25-cv-1639-DC-CSK |
| Plaintiffs, | |
| v. | ORDER |
| JERRY LARSON, et al., | (ECF No. 35) |
| Defendants. | |

Pending before the Court is Plaintiffs Roger Myers and LaRonda Myers' motion to for an extension of time to serve Plaintiffs' amended complaint.[1] (ECF No. 35.) Pursuant to Local Rule 233(c), this administrative motion is submitted without a hearing. Plaintiffs, who are proceeding without counsel, request an extension of time to serve Defendants with a forthcoming amended complaint. ECF No. 35 at 1. Plaintiffs indicate they have moved to reopen this action and will be filing a narrowed first amended complaint removing certain defendants. *Id*. The final order dismissing this action for lack of jurisdiction was entered on September 16, 2025, and judgment entered on September 17, 2025. (ECF Nos. 33, 34.) Because this action is closed, the Court DENIES Plaintiffs'

---

[1] On October 7, 2025, the assigned district judge referred this motion to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(a). 10/7/2025 Order (ECF No. 39).

1

1  motion for an extension of time (ECF No. 35) as moot.
2        IT IS SO ORDERED.
3
4  Dated:  November 25, 2025
5
                                            CHI SOO KIM
6                                           UNITED STATES MAGISTRATE JUDGE
7  4, myer1639.25